**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Vincent William PINKNEY, Petitioner**

**No. 46 WAL 2017**

Supreme Court of Pennsylvania.

June 19, 2017

### ORDER

PER CURIAM

**AND NOW**, this 19th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Petitioner**

v.

**James Edward GARRICK, Respondent**

**No. 10 MAL 2017**

Supreme Court of Pennsylvania.

June 19, 2017

### ORDER

PER CURIAM

**AND NOW**, this 19th day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.